UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA A. PARR,<br><br>               Plaintiff,<br><br>    v.<br><br>BAUMGARDNER LAW OFFICE,<br><br>              Defendant. | Case No. C24-256 RSM<br><br>ORDER |

Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) The Court ordered Plaintiff to show cause why her application should not be denied for failure to provide information necessary to the Court's determination. (Dkt. # 3.) Based on the IFP application as well as the supplemental documentation provided (*see* dkt. # 4 at 14-16) in response to the Court's order to show cause, Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends screening the complaint prior to issuing summonses as the entirety of the "Statement of Claim" reads "Appeals Court Approved." (Dkt. # 1-1 at 5.) Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

ORDER - 1

1   The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable
2   Ricardo S. Martinez.
3   Dated this 14th day of March, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2