UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA A. PARR, <br><br> Plaintiff, <br><br> v. <br><br> BAUMGARDNER LAW OFFICE, UNITED STATES OF AMERICA, and BUSH LAW GROUP, <br><br> Defendants. | Case No. C24-256-RSM <br><br> ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT |

This matter comes before the Court *sua sponte*. Pro se Plaintiff Victoria A. Parr was granted leave to proceed *in forma pauperis* on March 15, 2024. The Complaint has been posted on the docket. Dtk. #8. Summons have not yet been issued.

Plaintiff Parr brings this action against the Baumgardner Law Office, United States of America, and Bush Law Office. *Id*. at 2. Plaintiff alleges "Identify Theft Federal" as a federal question claim but that the amount in controversy is "18 million x 5 interest." *Id*. at 3, 5. Where Plaintiff was provided space to provide a statement of the claim, Plaintiff only wrote "Appeals Court Approved." *Id*. at 5. Under relief, Plaintiff listed three names, including "Hillary Rodham Clinton case records" and "William J Clinton." *Id*. No further details are provided.

ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT - 1

Plaintiff also appears to have filed two separate proposed amended complaints. Dkts. #13, #14. The first, Dkt. #13, lists Barrack T. Obama twice, Rose Law Office, Bush Law Office, Coral A. and Dennies Lehtinen, and Baumgardner Law as Defendants. Dkt. #13 at 1-3. Plaintiff lists both federal question and diversity of citizenship as basis for federal court jurisdiction. *Id*. at 3. As her statement of the claim, Plaintiff states "not one acknowledgment in life. Classified court by order of payment throughout (per transcripts)" and states that the amount in controversy is "90 mil mine" and "100 mil Library of Congress" and "original 50 mil Obama" and "1 Bil Royal Ancestry," as well as several other amount listings. *Id* at 5. Plaintiff later states that "Obama purchased oil" and "Law office requested for . . . reasons" and "closed case" and states that defendants owe "7 billion . . . textbook monies separate – Bill Gates 140B." No further details are provided.

The second proposed amended complaint, Dkt. #14, lists Coral Lehtinen, Clifford T. Bensen, and Joyce H. Sumner as defendants, stating that they are "conducting my life without telling me." Id. at 1-4. Under the section titled "Third Party Complaint," Plaintiff writes "All parties involved know why that is, false paperwork has also been submitted." *Id*. at 4. Plaintiff also writes the following:

> I am asking for validation of court transcripts that 'general power of attorney was tainted and cancelled for multiple reasons' with a group outnumbering me, family, with MIXED in more ways than one, blocking me and saying prove it, review over their worth is same case but still accountable in the end and was addressed and new money appropriated within this remarkable case set forth with the final write up . . . I am requesting final approval for any and all discrepancies ruled as final. Power of Attorney cancelled. Case records notice required on all transactions[.]

No further detail is provided.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT - 2

As it currently stands, Plaintiff's Complaint (and proposed amendments) fails to state a claim upon which relief can be granted. Plaintiff's Complaint is devoid of sufficient detail to bring a cause of action against the Defendant, e.g. the who, what, where, when, and why of the incident that caused Plaintiff's injuries. Defendants cannot respond to these accusations without further factual details. The Complaint lacks indication that this court has subject matter jurisdiction and lacks citations to aw that could allow Plaintiff any recovery against Defendants. In sum, the Complaint suffers from deficiencies that if not corrected in an Amended Complaint, require dismissal. *See* Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Court hereby ORDERS that Plaintiff shall file an Amended Complaint **no later than thirty (30) days from the date of this Order**. This Amended Complaint will replace the original. In the Amended Complaint, Plaintiff must repeat all the elements of the existing Complaint (the parties, the causes of action, etc.) plus additional facts and citations to law addressing the above deficiencies. All relevant facts must be included in a single pleading document and not in attachments. Failure to file a timely Amended Complaint will result in dismissal of this case.

DATED this 5th day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE