UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA A. PARR, | Case No. C24-256-RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BAUMBARDNER LAW OFFICE, et al., | |
| Defendants. | |

    The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: This case is closed. On April 17, 2024, this Court order Ms. Parr to "submit no further filings in this matter other than an Amended Complaint by the deadline." Dkt. #19. Ms. Parr filed several documents but no Amended Complaint. *See* Dkts. #20-23. Therefore, the Court dismissed this case on May 6, 2024. Dkt. #24. Since the Order of Dismissal, Ms. Parr has filed 20 documents, including letters, exhibits, supplements, sealed exhibits, notices, and proposed amended complaints. *See* Dkts. #25-44. Ms. Parr's filings repeat previous arguments and provide no information on which this Court can grant Ms. Parr relief. Furthermore, her proposed amended complaints are untimely and do not address the deficiencies the Court noted in its Order directing Ms. Parr to file an amended

MINUTE ORDER - 1

complaint. Dkt. #15. The Court finds Ms. Parr's filings to be frivolous, untimely, and moot in this closed case.

Given all of the above, the Court STRIKES Ms. Parr's filings, Dkts. #25-44, as duplicative of prior filings, procedurally improper, untimely, and moot. The Court will continue to strike any filing by Ms. Parr in this closed case.

DATED this 10th day of September, 2024.

RAVI SUBRAMANIAN, Clerk

By:  /s/ Serge Bodnarchuk
     Deputy Clerk

MINUTE ORDER - 2